KEVIN J. DEHOFF, ESQ., SB No. 252106
  Email: kdehoff@akk-law.com
MATTHEW B. GRACE, ESQ. SB No. 262503
  Email: mgrace@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant NAOMI PELAYO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE BELL, et al., | Case No.: 1:25-cv-01399-JLT-BAM |
| Plaintiffs, | **STIPULATION EXTENDING NAOMI PELAYO'S TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY AND STATE PRISON, CORCORAN, et al. | |
| Defendants. | |

Plaintiffs RONNIE BELL and JENNIFER JAMES ("Plaintiffs") and Defendant NAOMI PELAYO ("Defendant") (Collectively "the Parties") by and through their undersigned counsel of record, hereby stipulate as follows:

### RECITALS

On December 30, 2025, our office became aware of this Federal case though it was unclear at that time whether Defendant NAOMI PELAYO had been personally served with the lawsuit. In the abundance of caution, our office contacted Plaintiff's counsel and requested a two-week extension from December 31, 2025 to file a response.

Pursuant to Local Rule 144(a), the parties stipulated to extend the time for Defendant NAOMI PELAYO to file a response to Plaintiffs' Complaint by 28 days from December 17, 2025

-1-
STIPULATION EXTENDING NAOMI PELAYO'S TIME TO RESPOND TO COMPLAINT

to **January 14, 2026**.

Defendant NAOMI PELAYO needs additional time to review the Complaint and to meet and confer with Plaintiffs' counsel regarding possible motion to dismiss.

## **STIPULATION**

Therefore, the Parties stipulate and respectfully request that the Court extend the current January 14, 2026 deadline by an additional 14 days making Defendant's responsive pleading due on or before January 28, 2026.

Dated:  January 14, 2026                    ANGELO, KILDAY & KILDUFF, LLP

*/s/ Matthew B. Grace*

By:_____
    KEVIN J. DEHOFF
    MATTHEW B. GRACE
    Attorneys for Defendant NAOMI
    PELAYO

Dated:  January 14, 2026                    PANISH SHEA RAVIPUDI, LLP

*/s/ Jordan J. Phillips*
*(as authorized on 1.14.2026)*

By:_____
    ADAM K. SHEA
    JORDAN JEFFREY PHILLIPS
    Attorneys for Plaintiffs RONNIE BELL
    and JENNIFER JAMES

## **ORDER**

Pursuant to the stipulation of the Parties, IT IS HEREBY ORDERED that:

The deadline for Defendant NAOMI PELAYO to file a responsive pleading shall be January 28, 2026.

IT IS SO ORDERED.

Dated:  **January 16, 2026**          /s/ *Barbara A. McAuliffe*          _

UNITED STATES MAGISTRATE JUDGE

STIPULATION EXTENDING NAOMI PELAYO'S TIME TO RESPOND TO COMPLAINT