PANISH | SHEA | RAVIPUDI LLP
ADAM SHEA, State Bar No. 166800
  shea@panish.law
JORDAN PHILLIPS, State Bar No. 351974
  jphillips@panish.law
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

STEINER & LIBO, P.C.
NEIL STEINER, State Bar No. 98606
  steinlibo@aol.com
11845 West Olympic Boulevard, Suite 910
Los Angeles, California 90064
Telephone: 310.273.7778
Facsimile: 310.273.7679

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| RONNIE BELL, an individual, and JENNIFER JAMES, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY AND STATE PRISON, CORCORAN, a public entity; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, a public entity; STATE OF CALIFORNIA, a public entity; NAOMI PELAYO, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:25-cv-01399-JLT-SAB<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFFS' SECOND, THIRD, FOURTH, AND FIFTH CAUSES OF ACTION**<br><br>Assigned to: District Judge Jennifer L. Thurston<br><br>Referred to: Magistrate Judge Stanley A. Boone<br><br>Trial Date:          N/A |

Based on the Parties' stipulation (Doc. 21) and good cause appearing:

1.      The Second, Third, Fourth, and Fifth Causes of Action (42 U.S.C. § 1983) are **DISMISSED** without prejudice as to Defendants California Substance Abuse Treatment Facility and State Prison, Corcoran; California Department of Corrections and Rehabilitation; and the State of California.

2.    The Clerk of Court is directed to **TERMINATE** Defendants California Substance Abuse Treatment Facility and State Prison, Corcoran; California Department of Corrections and Rehabilitation; and the State of California from the Docket.

3.    The Clerk of Court is further directed to **TERMINATE AS MOOT** the related Motion to Dismiss (Doc. 15) filed by Defendants California Substance Abuse Treatment Facility and State Prison, Corcoran; California Department of Corrections and Rehabilitation; and the State of California .

4.    Plaintiffs and Defendants waive all costs associated with dismissal of these causes of action.

3.    As claims remain pending against the individual defendant, this case shall remain open.

IT IS SO ORDERED.

Dated:    **February 23, 2026**

UNITED STATES DISTRICT JUDGE

2