UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER JAMES, JR., | No. 1:25-cv-01399 JLT SAB (PC) |
| Plaintiffs, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT'S MOTION TO DISMISS WITH LEAVE TO FILE AN AMENDED COMPLAINT |
| v. | |
| NAOMI PELAYO, | |
| Defendant. | |
| | (Doc. 27) |

Plaintiffs filed this action pursuant to 42 U.S.C. § 1983. They allege that Naomi Pelayo was deliberately indifferent to a substantial risk of serious harm in connection with her operation of a prison van, which resulted in a motor vehicle accident on October 18, 2023.

On January 28, 2026, defendant filed a motion to dismiss the action. (Doc. 17.) On March 5, 2026, the assigned magistrate judge issued findings and recommendations recommending defendant's motion to dismiss the complaint be granted with leave for plaintiffs to file an amended complaint. (Doc. 27.) The Court served the findings and recommendations on the parties and informed them that any objections were due in 14 days. (*Id.* at 11.) The Court also warned the parties that failure to file timely objections may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Neither party has filed objections or otherwise communicated

1

with the Court, and the deadline to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis.  Thus, the Court **ORDERS**:

1. The findings and recommendations issued on March 5, 2026, (Doc. 27), are **ADOPTED.**

2. Defendant's motion to dismiss filed on January 28, 2026, (Doc. 17), is **GRANTED**.

3. Plaintiffs are granted leave to file a first amended complaint within 21 days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **March 27, 2026**

UNITED STATES DISTRICT JUDGE