UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER JAMES, JR.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NAOMI PELAYO,<br><br>　　　　　Defendant. | No.  1:25-cv-01399-JLT-SAB (PC)<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL OF ACTION<br><br>(ECF No. 28) |

This action is proceeding was filed pursuant to 42 U.S.C. § 1983.

On January 28, 2026, Defendant filed a motion to dismiss the action. (ECF No. 17.) On March 5, 2026, the Court issued Findings and Recommendations recommending Defendant's motion to dismiss the complaint be granted with leave for plaintiffs to file an amended complaint. (ECF No. 27.) The Court served the Findings and Recommendations on the parties and informed them that any objections were due in 14 days. (Id. at 11.) The Court also warned the parties that failure to file timely objections may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. (Id., citing Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014).) Neither party has filed objections or otherwise communicated with the Court, and the deadline to do so has expired.

///

1

On March 27, 2026, the Findings and Recommendations were adopted in full by the assigned District Judge, Defendant's motion to dismiss was granted, and Plaintiffs were granted leave to file a first amended complaint within 21 days.  (ECF No. 28.)

To date, although the foregoing deadline has expired, Plaintiffs have failed to file a first amended complaint, a notice of dismissal, or an extension of time to do so.

Accordingly, it is HEREBY ORDERED that Plaintiffs shall show cause in writing, on or before **May 4, 2026**, why Plaintiffs' failure to file a first amended complaint should not be deemed Plaintiffs' admission that amendment is futile.  **Failure to comply with this order will result in dismissal of the action.**

IT IS SO ORDERED.

Dated:  __**April 22, 2026**__

_____
STANLEY A. BOONE
United States Magistrate Judge

2